Let's see, it'll have to be—it'll have to be two to six by our appellate rules, I think, that the minimum should be—they're—they're holding the minimum should be a third of the maximum.

MR. KASTEN: Right, three to one."

In view of the foregoing, I dissent from that portion of the opinion approving consecutive sentence.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* PAUL FRANKLIN, Defendant-Appellant.

(No. 59647;

First District (5th Division)—November 22, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Harold A. Cowen and James M. Sammons, Assistant Public Defenders, of counsel), for appellant.

**Bernard Carey,** State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Frank J. Parkerson, Assistant State's Attorneys, of counsel), for the People.